# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LORRAINE RITCHIE,**

    Plaintiff,

v.                  **CASE NUMBER: 5:12-CV-1687 (DNH)**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision denying plaintiff Supplemental Security Income is AFFIRMED. The complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 13th day of May, 2014.

DATED: May 13, 2014

*[signature]*
Clerk of Court

By: s/ Nicole Killius
     Deputy Clerk